MURRAY H. NEKRIS, Respondent, *v.* JOSEPH W. YELLEN et al., Individually and as Copartners Doing Business under the Name of WEST SIDE IRON WORKS, Appellants, and CITY OF NEW YORK, Respondent.

Argued January 9, 1951; decided January 18, 1951.

*William L. Shumate* for appellants.

*Joseph H. Sand* and *Bernard Meyerson* for Murray H. Nekris, respondent.

*John P. McGrath, Corporation Counsel (Joseph J. Lucchi* and *Seymour B. Quel* of counsel), for City of New York, respondent.

Appeal from that part of judgment which reverses the judgment against the defendant-respondent City of New York dismissed, with costs, and in all other respects judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.